IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McClendon, Elnora L

Printed: 01/13/09

Case Number: 08 B 03108
Judge: Goldgar, A. Benjamin
Filed: 2/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 2, 2008
Confirmed: April 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,606.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,436.60 |
| Trustee Fee: |  | 169.40 |
| Other Funds: |  | 0.00 |
| Totals: | 2,606.00 | 2,606.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,436.60 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 29,175.65 | 0.00 |
| 5. | Debt Recovery Solutions | Unsecured | 186.58 | 0.00 |
| 6. | Robert J Adams & Associates | Unsecured | 2,319.00 | 0.00 |
| 7. | MRSI | Unsecured |  | No Claim Filed |
| 8. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 9. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 11. | West Asset Management | Unsecured |  | No Claim Filed |
| 12. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,181.23 | $ 2,436.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 169.40 |
|  | $ 169.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McClendon, Elnora L | Case Number: 08 B 03108 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/13/09 | Filed: 2/12/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

